

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | |
| --- | --- | --- |
| ERIC ABRAHAM MORENO, | § | No. 08-18-00099-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D00061) |
|  | § | |

## O R D E R

The Court has reviewed the responses filed by Appellant and the State to the Court's inquiry regarding the trial court's certification of Appellant's right to appeal. The clerk's record includes two certifications. The first certification indicates Appellant has a right to appeal, and the trial also marked, and then crossed out "...has waived the right to appeal". The second certification indicates Appellant has a right to appeal, but there is a slash mark in the box indicating Appellant waived the right to appeal. The parties agree that Appellant did not waive his right to appeal. It appears the trial court may have inadvertently checked the box in the second certification indicating Appellant waived his right to appeal. Even though the mark may be an inadvertent one, the certification is defective. Accordingly, the trial court is ordered to execute a new certification reflecting Appellant's right to appeal. It is not necessary for Appellant to sign the new certification. The trial court clerk shall prepare a supplemental clerk's

1

record containing the certification and file it with this Court no later than August 21, 2018.

IT IS SO ORDERED this 1st day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.